IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                                    CIVIL 97-2740 (SEC)

BELLA VISTA HOSPITAL, et al.,

Defendants

## ORDER

This court grants defendants' motion for mental examination of plaintiff and orders Esther Adames to appear on September 17, 1999, at 1:00 p.m., for a mental examination to be conducted by psychiatrist, Dr. José Franceschini Carlo, at his professional offices located at Road #2, #1275, Km 9.2, Bayamón, Puerto Rico. Defendants' request is granted pursuant to Rule 35, Federal Rules of Civil Procedure.

SO ORDERED.

In San Juan, Puerto Rico, this 31st day of August, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)