IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                                              CIVIL NO. 97-2740(SEC)(JA)

BELLA VISTA HOSPITAL OF THE
SEVEN DAY ADVENTIST, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Extension of Time to Oppose Motion Limini, 9-16-99. | 26 | Granted. |

In San Juan, Puerto Rico, this 22nd day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)