IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                                       CIVIL NO. 97-2740 (SEC);(JA)

BELLA VISTA HOSPITAL OF THE
SEVEN DAY ADVENTIST, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Conversion of Hearing, 9-22-99. | 27 | Granted. |

In San Juan, Puerto Rico, this 24th day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

(2)

AO 72
(Rev 8/82)