# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

1

2

3   ESTHER ADAMES, et al.,

4   Plaintiffs

5
    v.                                              CIVIL 97-2740 (SEC)
6

7   BELLA VISTA HOSPITAL, et al.,

8   Defendants

9   _____

10
                        PRETRIAL CONFERENCE REPOT
11

12
        At today's conference, plaintiffs were represented by Edwin Prado, Esq., defendants
13
    by José Antonio Pagán and Carlos Padín Esqs.
14
        The jury trial of November 18, 1999 is left without effect.  The pretrial conference
15
16  is now set for November 18, 1999 at 9:30 a.m.  A trial date will be selected at that time.

17
        In San Juan, Puerto Rico, this 24th day of September, 1999.
18

19

20

21
                                                    JUSTO ARENAS
22                                          United States Magistrate Judge

23

24      (2)

25

26

AO 72
(Rev 8/82)