IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                              CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Extension of Time to Oppose Motion *In Limine*, 10-18-99. | 31 | Granted. |

In San Juan, Puerto Rico, this 22nd day of October, 1999.

/s/ Justo Arenas
JUSTO ARENAS
United States Magistrate Judge