IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                               CIVIL 97-2740 (SEC)

BELLA VISTA HOSPITAL, et al.,

Defendants

### PRETRIAL CONFERENCE REPOT

At today's conference, plaintiffs were represented by Edwin Prado, Esq. The defense was not represented. The conference is reset for December 15, 1999 at 10:00 a.m.

In San Juan, Puerto Rico, this 18th day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)