IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS                    DATE: December 15, 1999
                                                                         Civil 97-2740 (SEC)
                                                                                    ATTORNEY

ESTHER ADAMES, et al.

v.

BELLA VISTA HOSPITAL, et al.

A pretrial conference is set for January 26, 2000 at 9:30 a.m.  Minutes to be notified.

