IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                                          CIVIL NO. 97-2740 (SEC)(JA)

BELLA VISTA HOSPITAL OF THE
SEVEN DAY ADVENTIST, et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Hold in Abeyance Ruling on Defendant's Motion Elimini | 35 | Granted. |

In San Juan, Puerto Rico, this 21st day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)