IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                                  CIVIL NO. 97-2740(SEC)(JA)

BELLA VISTA HOSPITAL OF THE
SEVEN DAY ADVENTIST, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Continuance of Pretrial Conference, 01-10-00. | 37 | Reset for February 9, 2000 at 10:00 a.m. |

In San Juan, Puerto Rico, this 12th day of January, 2000.

JUSTO ARENAS
United States Magistrate Judge




AO 72
(Rev 8/82)