IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ESTHER ADAMES, et al., | |
| Plaintiffs | |
| v. | CIVIL 97-2740 (SEC) (JA) |
| BELLA VISTA HOSPITAL, et al., | |
| Defendants | |

### ORDER

The jury trial in this case is set for May 22, 2000 at 9:30 a.m.

In San Juan, Puerto Rico, this 7th day of February, 2000.

JUSTO ARENAS
United States Magistrate Judge



