IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                                                CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

## PRETRIAL CONFERENCE REPOT

At today's conference, plaintiffs were represented by Edwin Prado, Esq., defendants by José Antonio Pagán Nieves, Esq.

The defendants will move for summary judgment shortly and will also make arrangements for the mental examination of plaintiff Esther Adames. Once the dispositive motion is resolved, a pretrial conference will be scheduled if appropriate.

In San Juan, Puerto Rico, this 9th day of February, 2000.

JUSTO ARENAS
United States Magistrate Judge