IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.

CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

RECEIVED & FILED
00 MAR 27 AM 7:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Extension of Time to Oppose Motion *In Limine*, 10-18-99. | 31 | Denied without prejudice. Where is the motion for summary judgment? |

In San Juan, Puerto Rico, this 24th day of March, 2000.

JUSTO ARENAS
United States Magistrate Judge

41

AO 72
(Rev 8/82)