IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                              CIVIL NO. 97-2740 (SEC)(JA)

BELLA VISTA HOSPITAL OF THE
SEVEN DAY ADVENTIST, et al.,

Defendants

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Extension of Time to File Opposition to Defendant's Motion Requesting Summary Judgement and Requesting New Date for Pretrial Conference, 05-05-00. | 43 | Granted. The jury trial scheduled on May 22, 2000 is vacated. Further settings pend. |

In San Juan, Puerto Rico, this 15th day of May, 2000.

JUSTO ARENAS
United States Magistrate Judge