IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                            CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

## ORDER

The jury trial in this case is set for October 5, 2000 at 9:30 a.m.

In San Juan, Puerto Rico, this 10th day of July, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev. 8/82)