IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                                         CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Summary Judgment and/or Motion to Dismiss, 3-30-00. | 42 | Denied. See Local Rule 311.12; Ruiz Rivera v. Riley, 209 F.3d 24, 28 (1st Cir. 2000). |
| Opposition to Co-defendant Víctor Prosper's Motion for Partial Summary Judgment, 08-28-00. | 46 | Noted. |

In San Juan, Puerto Rico, this 30th day of August, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)