IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS                    DATE: September 27, 2000
                                          CIVIL 97-2740 (SEC) (JA)
                                                          ATTORNEY

ESTHER ADAMES, ET AL.

v.

BELLA VISTA HOSPITAL, ET AL.

The jury trial set for October 5, 2000, is left without effect.  Minutes to be notified.