IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| HONORABLE JUSTO ARENAS | DATE: October 6, 2000 |
| --- | --- |
| | CIVIL 97-2740 (SEC)(JA) |
| | ATTORNEY |

ESTHER ADAMES, ET AL.

v.

BELLA VISTA HOSPITAL, ET AL.

A status conference is set for November 30, 2000 at 9:30 a.m.  Minutes to be notified.

