IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                              CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Continuance, 11-21-00. | 50 | The pretrial conference is set for December 21, 2000 at 11:00 a.m. The jury trial will be held on January 29, 2001 at 9:30 a.m. |

In San Juan, Puerto Rico, this 4th day of December, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)