IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                              CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At the conference held on December 21, 2000, plaintiff were represented by Edwin Prado, Esq., defendants by José Antonio Pagán, Esq.

The jury trial setting of January 29, 2001 is left without effect. The pretrial conference is reset for January 29, 2001 at 9:30 a.m. A date for a psychiatric evaluation of plaintiff will be determined. Plaintiff is to appear on that date for examination. The defense is to answer outstanding interrogatories by January 18, 2001.

In San Juan, Puerto Rico, this 3rd day of January, 2001.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)