IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                              CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At the conference held on January 29, 2001, plaintiffs were represented by Edwin Prado, Esq. Attorney José Antonio Pagán Nieves, attorney for defendants, was excused.

The defendants are to answer outstanding interrogatories by February 1 or suffer a sufficiently severe sanction. Furthermore, the defendants are to propose specific alternate dates for the psychiatric evaluation of plaintiff, as is to do so with all deliberate speed. The jury trial is set for July 9, 2001 at 9:30 a.m. Pretrial to be announced. The Clerk is to assure prompt notification of this report.

In San Juan, Puerto Rico, this 31st day of January, 2001.

/s/ JUSTO ARENAS
United States Magistrate Judge