IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                                          CIVIL NO. 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL OF THE
SEVEN DAY ADVENTIST, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Withdraw Without Prejudice Plaintiff's Motion for Sanctions, 03-14-01. | 56 | Granted. My order of March 13 is left without effect. |

In San Juan, Puerto Rico, this 20th day of March, 2001.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)