IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                            CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

## O R D E R

The pretrial is set for June 11, 2001 at 9:15 a.m. Trial is now set for July 16, 2001 at 9:30 a.m. The case will settle by or be tried on July 16.

In San Juan, Puerto Rico, this 9th day of May, 2001.

JUSTO ARENAS
United States Magistrate Judge