IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.    CIVIL NO. 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL OF THE
SEVEN DAY ADVENTIST, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Inform Defendant's Conflict for Trial Due to Expert Witness (Psychiatrist), 06-08-01. | 60 | Denied. |

In San Juan, Puerto Rico, this 12th day of June, 2001.

JUSTO ARENAS
United States Magistrate Judge

