IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                               CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At today's conference, plaintiffs were represented by Edwin Prado Galarza, Esq., defendants by José Pagán Nieves, Esq.

One proposed pretrial order is to be tendered at least three days before trial. The trial setting is final.

In San Juan, Puerto Rico, this 11th day of June, 2001.

JUSTO ARENAS
United States Magistrate Judge

