IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                                           CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Summary Judgment, 06-27-01 | 66 | Denied. Trial remains as scheduled. Any other dispositive motions will also be denied due to the proximity of trial and the lack of sufficient time to adequately consider the motion(s) and any opposition. |

In San Juan, Puerto Rico, this 9th day of July, 2001.

JUSTO ARENAS
United States Magistrate Judge