IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                                            CIVIL NO. 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL OF THE
SEVEN DAY ADVENTIST, et al.,

Defendants

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Dismiss or in the Alternative, Motion *In Limine* With Respect to Defendants' Claim of Defamation in Their Counterclaim, 07-09-01. | 68 | Moot. |
| Plaintiffs' Motion to Supplement Jury Instructions at the Close of all of the Evidence, 07-09-01. | 69 | Moot. |
| Motion to Strike Defendants' Belated Motion for Summary Judgment or in Brief Opposition Thereto and for Enlargement of Time to More Fully Oppose Same, 07-09-01. | 70 | Moot. |
| Motion *In Limine*, 07-10-01. | 71 | Moot. |
| Renewed Motion for Sanctions Against Defendant for Repeated Failure to Comply With Court Discovery Orders and Motion *In Limine*, 07-10-01. | 72 | Moot. |
| Plaintiffs' Amended Proposed Pretrial Order, 07-12-01. | 73 | Moot. |
| Motion Regarding Filing of Proposed Pretrial Order and for Entry of Default Against Defendants, 07-12-01. | 74 | Moot. |

CIVIL 97-2740 (SEC) (JA)                            2

| Motion for Voluntary Partial Dismissal, 07-13-01. | 75 | Granted. |

In San Juan, Puerto Rico, this 24th day of July, 2001.

*[signature]*

JUSTO ARENAS
United States Magistrate Judge