IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                            CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

## ORDER

Before I dismiss this case involuntarily or impose sanctions on both attorneys, a pleading is to be filed so that judgment may issue.

In San Juan, Puerto Rico, this 10th day of August, 2001.

JUSTO ARENAS
United States Magistrate Judge

s/cs:to (∂)
attys/pts
in ICMS

AUG 13 2001