IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, et al.,

Plaintiffs

v.                                                      CIVIL 97-2740 (SEC) (JA)

BELLA VISTA HOSPITAL, et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Voluntary Dismissal With Prejudice, 08-14-01. | 79 | Granted. Clerk to prepare judgment accordingly. |

In San Juan, Puerto Rico, this 16th day of August, 2001.

JUSTO ARENAS
United States Magistrate Judge

