IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER ADAMES, ET AL

**Plaintiffs**

v.    CIVIL 97-2740 (SEC)(JA)

BELLA VISTA HOSPITAL, ET AL

**Defendants**

## JUDGMENT

The Court, through Justo Arenas, U. S. Magistrate Judge, has entered an Order on August 16, 2001 granting "The motion for voluntary dismissal with prejudice" filed by parties on August 14, 2001. WHEREFORE, it is

ORDERED AND ADJUDGED that the complaint be and is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of August, 2001.

FRANCES RIOS DE MORAN
Clerk of the Court

_____
**Deputy Clerk**


